**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FAREED SEPEHRY-FARD, ) | Case No.: 12-CV-1260-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER VACATING MOTION |
| ) | HEARING AND CASE MANAGEMENT |
| THE BANK OF NEW YORK MELLON, N.A.; ) | CONFERENCE |
| BANK OF AMERICA CORPORATION; ) | |
| CATHERINE K. MASON; and MILES, ) | |
| BAUER, BERSTROM & WINTERS, ) | |
| ) | |
| Defendants. ) | |

A hearing on Defendants' motion to dismiss is scheduled for August 30, 2012. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter suitable for determination without oral argument. Accordingly, the hearing on the motion to dismiss and the case management conference, both set for August 30, 2012, are hereby VACATED. The Court will issue an order on the motion shortly.

**IT IS SO ORDERED.**

Dated: August 27, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 12-CV-1260-LHK
ORDER VACATING MOTION HEARING AND CASE MANAGEMENT CONFERENCE