UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FAREED SEPEHRY-FARD,<br><br>                 Plaintiff,<br>     v.<br><br>THE BANK OF NEW YORK MELLON, N.A.;<br>BANK OF AMERICA CORPORATION;<br>CATHERINE K. MASON; and MILES,<br>BAUER, BERSTROM & WINTERS,<br><br>                 Defendants. | Case No.: 12-CV-1260-LHK<br><br>ORDER VACATING MOTION<br>HEARING AND CASE MANAGEMENT<br>CONFERENCE |

A hearing on Defendants' motion to dismiss is scheduled for August 30, 2012. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter suitable for determination without oral argument. Accordingly, the hearing on the motion to dismiss and the case management conference, both set for August 30, 2012, are hereby VACATED. The Court will issue an order on the motion shortly.

**IT IS SO ORDERED.**

Dated: August 27, 2012

                                                                   _Lucy H. Koh_
LUCY H. KOH
United States District Judge